JOHN DOUGLAS v. STATE.

No. A-516.   Opinion Filed March 21, 1911.

Appeal from Superior Court, Muskogee County; Farrar L. McCain, Judge.

Appellant was convicted in the superior court of Muskogee county, on a charge of violating the prohibitory law, and appeals.   Reversed and remanded.

DeRoos Bailey and J. E. Wyand, for appellant.
Smith C. Matson, Asst. Atty. Gen., for appellee

PER CURIAM. This is a companion case to No. A-515, J. C. Collins v. State, decided at this term, and for the reasons therein given this cause is reversed and remanded, with directions to the court below to grant the appellant a new trial.